SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*Implicit Networks, Inc.*

RYAN THOMPSON (SBN 238098)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025-3100
Phone: (650) 752-3100
Fax: (650) 853-1038
rthompson@goodwinprocter.com

J. ANTHONY DOWNS (*pro hac vice*)
LANA S. SHIFERMAN (*pro hac vice*)
ADAM R. WICHMAN (SBN 216995)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Phone: (617) 570-1000
Fax: (617) 523-1231
jdowns@goodwinprocter.com
lshiferman@goodwinprocter.com
awichman@goodwinprocter.com

*Attorneys for Defendant*
*Citrix Systems, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:10-cv-3766-SI<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT CITRIX SYSTEMS, INC. TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>Hon. Susan Illston |

Plaintiff Implicit Networks, Inc. ("Plaintiff") and defendant Citrix Systems, Inc. ("Defendant"), hereby stipulate as follows:

WHEREAS, on or about August 25, 2010, Plaintiff served its Complaint upon Defendant; and

WHEREAS, no trial date has yet been set in this action; and

WHEREAS, Defendant requires additional time to respond to the Complaint, and Plaintiff and Defendant have agreed to extend the time by which Defendant must answer or otherwise respond to the Complaint to and including Monday, November 22, 2010:

1   IT IS HEREBY STIPULATED by and between the parties hereto that Defendant will have
2   to and including November 22, 2010, to serve and file an answer or other response to the
3   Complaint.

5   Dated: October 27, 2010                    Respectfully submitted,

                                               By:   /s/George F. Bishop
                                                     GEORGE F. BISHOP (CA Bar No. 89205)
                                                     HOSIE RICE LLP
                                                     188 The Embarcadero, Suite 750
                                                     San Francisco, CA 94105

                                               *Counsel for Plaintiff*
                                               *Implicit Networks, Inc.*


                                               By:   /s/ Adam R. Wichman
                                                     ADAM R. WICHMAN (SBN 216995)
                                                     GOODWIN PROCTER LLP
                                                     53 State Street
                                                     Boston, MA 02109
                                                     Phone: (617) 570-1000
                                                     Fax: (617) 523-1231
                                                     awichman@goodwinprocter.com

                                               *Counsel for Defendant*
                                               *Citrix Systems, Inc.*


    I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of
this document has been obtained from the other signatories.


Dated: October 27, 2010                         /s/ George F. Bishop
                                                George F. Bishop

STIPULATION EXTENDING TIME            2                    Case No. 3:10-cv-3766-SI

1   **PURSUANT TO STIPULATION IT IS SO ORDERED THAT**

2   Defendant will have to and including November 22, 2010, to serve and file an answer or
3   other response to the Complaint.

5   Dated: _____       _____
                                  Honorable Susan Illston
6                                 UNITED STATES DISTRICT JUDGE