SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>        Defendant. | Case No. C 10-3766 SI<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS BY IMPLICIT NETWORKS, INC. AND CITRIX SYSTEMS, INC., AND [~~PROPOSED~~] ORDER** |

Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Citrix Systems, Inc. ("Citrix"), pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, hereby stipulate and move for an order dismissing WITH PREJUDICE and in their entirety (1) all claims or counterclaims brought by Implicit against Citrix and (2) all claims or counterclaims brought by Citrix against Implicit, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 26, 2011          HOSIE RICE LLP

                               */s/ George F. Bishop*
                               GEORGE F. BISHOP
                               *Attorneys for Plaintiff*
                               IMPLICIT NETWORKS, INC.


Dated: April 26, 2011          GOODWIN PROCTER LLP

                               */s/ Lana S. Shiferman*
                               LANA S. SHIFERMAN
                               *Attorney for Defendant*
                               CITRIX SYSTEMS, INC.


I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   April 26, 2011

                                              */s/ George F. Bishop*
                                              George F. Bishop

**IT IS SO ORDERED.**

5/2/11

DATED this ___ ~~day of April, 2011~~.



_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE